

Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 07 2014

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. H-14- <br> **Under seal** |
| SAURAV SHARMA § <br> GERALDO VASQUEZ § | 14-0061 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**UNSEALED PER ARREST**
2/25/14

### COUNT ONE

On or about February 10, 2009, in the Houston Division of the Southern District of Texas and elsewhere, and within the jurisdiction of this court,

SAURAV SHARMA
and
GERALDO VASQUEZ

defendants herein, did knowingly and intentionally aid and abet each other and others known and unknown to knowingly and willfully conduct or attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, namely, violations of Title 21, United States Code, Sections 841 and 846, with the intent to conceal and disguise the

nature, the location, the source and the ownership of the proceeds, specifically one hundred and sixty thousand dollars ($160,000) and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

**In violation of Title 18, United States Code, Sections 2 and 1956 (a)(2)(B)(i).**

## COUNT TWO

On or about February 10, 2009, in the Houston Division of the Southern District of Texas and elsewhere, and within the jurisdiction of this court,

**SAURAV SHARMA
and
GERALDO VASQUEZ**

defendants herein, did knowingly and intentionally conspire with each other and others known and unknown to knowingly and willfully conduct or attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, namely, violations of Title 21, United States Code, Sections 841 and 846, with the intent to conceal and disguise the nature, the location, the source and the ownership of the proceeds, specifically one hundred and sixty thousand dollars ($160,000) and that while conducting and attempting to conduct such financial transaction knew that the property involved in

the financial transactions represented the proceeds of some form of unlawful activity.

**In violation of Title 18, United States Code, Section 1956 (h).**

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*[signature]*

BERTRAM A. ISAACS
Assistant United States Attorney